**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| In re: | * | |
| **ROBIN GODSHELL** | * | **Case No.:  20-11100** |
| | * | |
| **Debtors** | * | **Chapter 13** |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

| | |
|---|---|
| US BANK TRUST NATIONAL | ) |
| ASSOCIATION AS TRUSTEE OF TIKI | ) |
| SERIES III TRUST | ) |
| MOVANT, | ) |
| | ) |
| V. | ) |
| | ) |
| ROBIN GODSHALL | ) |
| 314 Pinewood Road | ) |
| Dundalk, MD 21222, | ) |
| DEBTOR, | ) |
| | ) |
| PATRICIA A. WORLEY | ) |
| 314 Pinewood Road | ) |
| Dundalk, MD 21222, | ) |
| CO-DEBTOR, | ) |
| | ) |
| ROBERT S. THOMAS, II, | ) |
| TRUSTEE | ) |
| 300 E Joppa Road, Suite 409 | ) |
| Towson, MD 21286, | ) |
| RESPONDENTS. | ) |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## RESPONSE TO NOTICE OF DEFAULT

NOW COMES, Robin Godshall, Debtor/Respondent by and through her attorney, Nicholas J. Del Pizzo, III, and hereby respond to the Notice of Default and for cause states:

      1.     That Debtor denies the allegations in the Notice of Default.

WHEREFORE, Debtors respectfully request a hearing be scheduled with regard to this matter.

Respectfully submitted,

/s/Nicholas J. Del Pizzo, III
Nicholas J. Del Pizzo, III, 24666
7222 Holabird Avenue
Baltimore, MD 21222
410-288-5788
email: njdelpizzo@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of September, 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Debtors' Response to Notice of Default will be served electronically by the Court's CM/ECF system on the following:

- Christopher Tadeus Peck    cpeck@mtglaw.com, ecfnotifications@mtglaw.com
- Robert S. Thomas    ECF@ch13balt.com, rthomas13@ecf.epiqsystems.com

I HERBY FURTHER CERTIFY that on the 23rd day of September 2020, a copy of the Debtor's Response to Notice of Default was also mailed first class mail, postage prepaid to:

Office of the US Trustee
101 W. Lombard St.
Suite 2625
Baltimore, MD 21201

Patricia A. Worley
314 Pinewood Road
Dundalk, MD 21222

Robin Godshall
314 Pinewood Road
Dundalk, MD 21222
*Debtor*

/s/Nicholas J. Del Pizzo, III
Nicholas J. Del Pizzo, III