IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| **ROBIN GODSHELL** | * | Case No.: 20-11100 |
| | * | |
| Debtor | * | Chapter 13 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## WITHDRAW OF DOCUMENT

Dear Clerk:

Please let the record reflect that the above captioned Debtor requests the Response, Document # 34, filed September 23, 2020 be WITHDRAWN.

Thank you for your courtesies.

/s/Nicholas J. Del Pizzo, III
Nicholas J. Del Pizzo, III, 24666
7222 Holabird Avenue
Baltimore, MD 21222
410-288-5788
email: njdelpizzo@aol.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21th day of October, 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Withdraw of Document will be served electronically by the Court's CM/ECF system on the following:

- Christopher Tadeus Peck    cpeck@mtglaw.com, ecfnotifications@mtglaw.com
- Robert S. Thomas    ECF@ch13balt.com, rthomas13@ecf.epiqsystems.com

I HERBY FURTHER CERTIFY that on the 21th day of October, 2020, a copy of the Withdraw of Document was also mailed first class mail, postage prepaid to:

| | | |
|---|---|---|
| Office of the US Trustee<br>101 W. Lombard St.<br>Suite 2625<br>Baltimore, MD 21201 | Robin Godshall<br>314 Pinewood Road<br>Dundalk, MD 21222<br>*Debtor* | Patricia A. Worley<br>314 Pinewood Road<br>Dundalk, MD 21222 |

/s/Nicholas J. Del Pizzo, III
Nicholas J. Del Pizzo, III